of Claims denied. *Mr. Hugh Satterlee* for petitioner. *Assistant Solicitor General Fahy, Assistant Attorney General Clark,* and *Mr. J. Louis Monarch* for the United States.

No. 350. WISCONSIN CO-OPERATIVE MILK POOL *v.* FIRST WISCONSIN NATIONAL BANK ET AL. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. John Ernest Roe* for petitioner. *Mr. Bert Vandervelde* for respondents.

No. 353. HASKINS, RECEIVER, *v.* ROSEBERRY ET AL. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Thomas F. Ryan, Joseph M. Hartfield,* and *Eugene Frederick Roth* for petitioner. *Messrs. George B. Thatcher* and *William Woodburn* for respondents.

No. 354. MORTON, TRUSTEE, ET AL. *v.* DARDANELLE SPECIAL SCHOOL DISTRICT No. 15. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. J. W. House* and *James B. McDonough* for petitioners. *Mr. Wallace Townsend* for respondent. *Mr. Justin D. Bowersock* filed a brief on behalf of Martin-Holloway-Purcell, a Copartnership, as *amicus curiae,* in support of the petition.

No. 358. STEIN *v.* DELANO, COMPTROLLER OF THE CURRENCY, ET AL. October 13, 1941. Petition for writ of